IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARVIS LAKEITH ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-1693-G-BH |
| CITY OF DALLAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the plaintiff's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, the plaintiff's claims will be **DISMISSED**.

The court further notes that the plaintiff's objections to the Findings and Conclusions of the Magistrate Judge appear to contain entirely new claims against entirely new defendants related to his current incarceration. *See generally* docket entry 12. Should the plaintiff wish to pursue new claims against new defendants he should

file a separate civil action using the appropriate forms and pay the applicable filing fees. The Prison Litigation Reform Act requires that all prisoners who bring a civil action pay the full $402 filing fee. *See* 28 U.S.C. § 1915(b)(1).[*] A prisoner who is granted leave to proceed *in forma pauperis* must still pay the full filing fee but is allowed to pay in installments that are automatically withdrawn from the prisoner's trust account. Because of the filing fee, the plaintiff's objections are not liberally construed as seeking to open a new case at this time. The Clerk's Office is **INSTRUCTED** to forward the plaintiff a copy of this court's standard forms for filing a civil complaint and an application to proceed *in forma pauperis* in case he wishes to file a new civil action.

      **SO ORDERED**.

November 29, 2023.

                                                  /s/ A. Joe Fish
                                                  A. JOE FISH
                                                  **Senior United States District Judge**

---

[*] A $52 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $402 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*. *See* District Court Miscellaneous Fee Schedule. Where a prisoner plaintiff has been granted leave to proceed *in forma pauperis*, only the $350 filing fee will be deducted from the prisoner's account. *See id*.